③

**ORIGINAL**

'6) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT

FILED

for the 2017 DEC 29 PM 3: 20

Northern OHIO

District of CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Civil

Division

Case No. **5 :17 CV 2719**
*(to be filled in by the Clerk's Office)*

Paul Cunningham
Pro Se

)
)
Plaintiff(s)
)
(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)
)
① Portage County Sheriff Department
② Portage County City Prosecutor Office
③ Brimfield Police Department

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)

Jury Trial: (check one)  ☒ Yes  ☐ No

Request For Mediation if Possible

JUDGE LIOI

MAG. JUDGE BURKE

## COMPLAINT FOR A CIVIL CASE

Paul Cunningham
P.O. Box 2501
Akron, Ohio 44309

Plaintiff
New
address

**I.**  **The Parties to This Complaint**

**A.**  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Paul Cunningham - Pro Se |
| Street Address | 5066 Shermanwood Drive |
| City and County | Brimfield (Kent), Portage County |
| State and Zip Code | Ohio 44240 |
| Telephone Number | (330) 734-8688 |
| E-mail Address | None  none  Acne |

**B.**  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known). Attach additional pages if needed.

ORIGINAL

**Defendant No. 1**

Name — Portage County Sheriff Department

Job or Title (if known) — Department

Street Address — 8240 Infirmary Road

City and County — Ravenna, Portage County

State and Zip Code — Ohio 44266

Telephone Number — (330) 296-5100

E-mail Address (if known) — (Unknown)

**Defendant No. 2**

Name — Portage County City Prosecutors Office

Job or Title (if known) — Office

Street Address — 241 South Chestnut Street

City and County — Ravenna, Portage County

State and Zip Code — Ohio 44266

Telephone Number — (330) 297-3790

E-mail Address (if known) — (Unknown)

**Defendant No. 3**

Name — Brimfield Police Department and

Job or Title (if known) — Officers

Street Address — 1287 Tallmadge Road

City and County — Brimfield, Portage County

State and Zip Code — Ohio 44240

Telephone Number — (330) 673-7716

E-mail Address (if known) — (Unknown)

**Defendant No. 4**

Name — Sheriff David W. Doak

Job or Title (if known) — Head Sheriff

Street Address — 8240 Infirmary Road

City and County — Ravenna, Portage County

State and Zip Code — Ohio 44266

Telephone Number — (330) 296-5100

E-mail Address (if known) — (Unknown)

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be

Page 2 of 6

Defendant No. 1

    Name                            Portage Prosecutor Victor V. Vigluicci

    Job or Title *(if known)*    Head Prosecutor

    Street Address            241 South Chestnut Street

    City and County          Ravenna   Portage County

    State and Zip Code      Ohio  44266

    Telephone Number      (330) 297-3790

    E-mail Address *(if known)*  (Unknown)

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be

heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question** under 28 U.S.C. 1331

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case all my Constitutional Rights!

(1.) Violation of Duty (2) Abuse of Power (3) Discrimination (4) Bias Treatment (5) False Filings (6) Case Neglect (7) Neglect of Duty (8) Violation of Code of Conduct and Ethics (9) False Identity of ~~Judges~~ Police + Sheriff + Prosecutors (10) Intimidation and Threats

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ;

      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a corporation

      The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy— the amount the plaintiff claims the defendant owes or the amount at stake— is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All Violated the duty and the Constitutional Right To Protection
all abuse their Power By the Lack of Protection in a very Bias and Discrimnating manor,
All Showed a Lack of Respect and Intimadation

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because I am a Human Being and this Treatment and the Lack there of HAS cause me great Damage To my Repurtation and the Lights To Live Free To HAve my Right Protected the Damages are in a money Figure $50,000.00 Total

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case– related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: X 12-21-17

Signature of Plaintiff X _Paul Cunningham_ Pro Se

Printed Name of Plaintiff Paul Cunningham Pro Se
P.O. Box 2501
Akron, Ohio 44309

### B. For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address